AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Charade Leshun Lofton | ) Case No: 4:97CR00100-02 GTE |
| | ) USM No: 21124-009 |
| Date of Previous Judgment: November 25, 1997 | ) J. Blake Hendrix |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   151   months **is reduced to** **Time Served as of 3-3-08.**
Immediately upon release, the Deft. shall be   placed in residential   drug treatment at the direction and guidance of   the U.S.P.O.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   11/25/97   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   3/3/2008                                              /s/ Garnett Thomas Eisele
                                                                            Judge's signature

Effective Date:   As soon as possible, but not later than          Garnett Thomas Eisele, U.S. District Judge
       (if different from order date) 3/14/08                              Printed name and title